IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 JUN -7 PM 12: 40

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

**UNITED STATES OF AMERICA**

v.   No. 05-10039-02-

**IVAN CHARLES MARABLE**

---

**ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT**

---

Defendant's counsel has notified the Court that in the interests of justice that this matter be continued. Pursuant to the Speedy Trial Act, as set in 18 U.S.C. §3161(h)(8)(A), a defendant may be granted a period of excludable delay if the ends of justice are served.

The Detention hearing is therefore continued and reset to Friday, June 10, 2005, at 2:30 p.m. in Courtroom #2, 4th Floor, Federal Building, 111 S. Highland, Jackson, Tennessee.

It is therefore ORDERED that the time period of **May 31, 2005** through, **June 9, 2005** be excluded from the time its imposed by the Speedy Trial Act for trial of this case, due to the interests of justice.

This ___31st___ day of May, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CR-10039 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT