IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 05cr10039-T |
| ) | |
| IVAN CHARLES MARABLE, ) | |
| ) | |
| Defendant. ) | |

## ORDER ALLOWING SUBSTITUTON OF COUNSEL FOR DEFENDANT

In this cause, it appearing that defendant, IVAN CHARLES MARABLE, has obtained the services of Benjamin C. Mayo, Attorney, and it further appearing that this case is not presently set for trial and that neither party would be prejudiced by a substitution of counsel for the defendant.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that M. Diane Smothers, Assistant Federal Public Defender, be permitted to withdraw as counsel for the defendant and that Benjamin C. Mayo be entered as Attorney of Record for the defendant, Ivan Charles Marable.

ENTER this the 11th day of October, 2005.

JAMES D. TODD, Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-12-05

- 1 -

**APPROVED FOR ENTRY:**

*(signature)*

BENJAMIN C. MAYO
*Substituting Attorney for Defendant*
TN BPR 021589
112 South Liberty St.
Suite 222
Jackson, TN 38301
(731) 423-0556

*(signature)*

M. DIANNE SMOTHERS
*Withdrawing Attorney for Defendant*
Assistant Federal Public Defender
109 S. Highland Ave., B-8
Jackson, TN 38301
(731) 427-2556

**CERTIFICATE OF SERVICE**
I certify that a true copy of the foregoing was served this ___12___ day of ___October___, 2005, by hand-delivery, or by U.S. mail with sufficient postage for delivery, upon the following:
1. Mr. Jerry R. Kitchen, Asst. United States Attorney, 109 S. Highland Ave., Ste. 300, Jackson, TN, 38301.

*(signature)*
BENJAMIN C. MAYO

- 2 -

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:05-CR-10039 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Benjamin C. Mayo
LAW OFFICE OF BEN MAYO
112 S. Liberty St.
Ste. 222
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT